IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JORGE E. VAZQUEZ,<br><br>      Plaintiff<br><br>v.<br><br>SYNCHRONY BANK INC., and<br>MIDLAND CREDIT MANAGEMENT<br>INC.<br><br>      Defendants | :<br>:  Case No. 1:17-cv-00997-ELH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL AS TO
## MIDLAND CREDIT MANAGEMENT, INC. ONLY

Plaintiff Jorge E. Vazquez and defendant Midland Credit Management, Inc., by counsel, hereby stipulate and agree that all matters between them have been compromised, and that Plaintiff's claims against Midland Credit Management, Inc. should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
JORGE VAZQUEZ
209 Creek Drive
Elkton, MD 21921
vazquez.jorge@comcast.net
*Pro se Plaintiff*

Date: 6/12/17

s/ *Lauren M. Burnette*
LAUREN M. BURNETTE
**BARRON & NEWBURGER, P.C.**
450-106 State Road 13 N., Suite 326
St. Johns, FL 32202
lburnette@bn-lawyers.com
*Counsel for Defendant*

APPROVED BY THE COURT:


_____ J.