UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Jorge E. Vazquez and )
Pamela A. Vazquez, )
)
Plaintiffs, )
)
)
v. ) Civil Action No: 1:17-cv-00997-ELH
)
)
Synchrony Bank, Inc., )
)
Defendant. )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiffs Jorge E. Vazquez and Pamela A. Vazquez and Defendant Synchrony Bank that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs.

Dated: July 26, 2018

_/s/ Jorge E. Vazquez_
Jorge E. Vazquez
209 Creek Drive
Elkton, MD 21921
*Plaintiff Pro Se*

Dated: July 26, 2018

_/s/ Pamela A. Vazquez_
Pamela A. Vazquez
209 Creek Drive
Elkton, MD 21921
*Plaintiff Pro Se*

- 2 -

Dated:  July 26, 2018

/s/ John L. Kazmierczak
John L. Kazmierczak (Bar No. 24564)
REED SMITH LLP
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-2568
E-mail: jkazmierczak@reedsmith.com
*Attorney for Defendant Synchrony Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was sent by first class mail to the following:

>Jorge E. Vazquez
>Pamela A. Vazquez
>209 Creek Drive
>Elkton, MD 21921

Dated: August 7, 2018

>*/s/ John L. Kazmierczak*
>*Attorney for Defendant Synchrony Bank*