U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 AUG -7  PM 12: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Jorge E. Vazquez and<br>Pamela A. Vazquez, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No: 1:17-cv-00997-ELH |
| | ) | |
| Synchrony Bank, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation of Dismissal with Prejudice by all appearing parties and

pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 8/7/18

_____
Honorable Ellen Lipton Hollander
United States District Judge